GenOn Power Midwest, L.P. v. Bell, --- S.Ct. ---- (2014)
82 USLW 3531

2014 WL 695082
Supreme Court of the United States

GENON POWER MIDWEST
V. BELL, KRISTIE, ET AL.

No. 13-1013.   |   June 2, 2014.

**Opinion**

*1 The petition for writ of certiorari is denied.

**Parallel Citations**

82 USLW 3531

End of Document    © 2014 Thomson Reuters. No claim to original U.S. Government Works.