UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRUCE MERRICK, et al.    )
                         )
        Plaintiffs       )
                         )    Civil Action No.
v.                       )    3:12-CV-334-TBR-DW
                         )
DIAGEO AMERICAS SUPPLY, INC.    )
                         )
        Defendant        )

**ORDER DISMISSING**

On motion by the parties who are in agreement, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Court **GRANTS** the parties' motion to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2), with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**